UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM HEALTH, LLC, | : Case No. 1:20-cv-9020 |
| | : **NOTICE OF APPEARANCE** |
| Plaintiff, | : |
| v. | : |
| MARC S. KIRSCHNER solely in his capacity as TRUSTEE of THE MILLENNIUM CORPORATION CLAIM TRUST and THE MILLENNIUM LENDER CLAIM TRUST, | : |
| | : |
| Defendant. | : |

**PLEASE TAKE NOTICE** that Herrick, Feinstein LLP hereby enters its appearance as counsel for Plaintiff MILLENNIUM HEALTH, LLC ("Plaintiff") in the above-captioned matter. An appearance is hereby entered for Christopher W. Carty of this firm. Any and all future correspondence, pleadings or other documents, including any electronic filings, related to this case should be forwarded to:

> Christopher W. Carty, Esq.
> Herrick, Feinstein LLP
> 2 Park Avenue
> New York, New York 10016
> (212) 592-1400
> ccarty@herrick.com

Dated: October 28, 2020                **HERRICK, FEINSTEIN LLP**

*/s/ Christopher W. Carty*
Christopher W. Carty (NY Bar No. 4857751)
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
E-mail: ccarty@herrick.com