UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020
```

| | |
|---|---|
| MILLENIUM HEALTH, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> MARC S. KIRSCHNER, solely in his capacity as Trustee of the Millennium Corporate Claim Trust and The Millennium Lender Claim Trust, <br><br> Defendant. | 1:20-cv-09020 (MKV) |
| MARC S. KIRSCHNER, solely in his capacity as Trustee of the Millennium Corporate Claim Trust and The Millennium Lender Claim Trust, <br><br> Plaintiff, <br><br> -against- <br><br> MILLENIUM HEALTH, LLC, <br><br> Defendant. | 1:20-cv-09028 (MKV) |

## ORDER CONSOLIDATING CASES

MARY KAY VYSKOCIL, United States District Judge:

The Court has received a joint letter dated November 4, 2020, requesting that the above-referenced cases be consolidated.  *See* Case No. 20-cv-9020, ECF #9.  The Court will construe the joint letter as a joint motion for consolidation.  The cases involve identical parties and concern claims about the same loan agreements.  The "Lead Action"—Case No. 20-cv-9020—was first-filed.  Accordingly.

IT IS HEREBY ORDERED that the Clerk of Court shall consolidate these actions under the docket in the Lead Action, Case No. 20-cv-9020.  All future filings shall be made in that action and will apply to both cases.

IT IS FURTHER ORDERED that on or before November 20, 2020, the Parties must file a joint proposal for moving forward in the Lead Action, including dates for amending to Parties' pleadings to bring all claims into the Lead Action, a proposed briefing schedule for any anticipated motions, and any the Parties' view on discover necessary in the case.  After receipt of the Parties' joint letter, the Court may schedule a conference or enter a scheduling order for the case.

SO ORDERED

Dated:  November 16, 2020
    New York, New York

          _____
            MARY KAY VYSKOCIL
           United States District Judge