UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENIUM HEALTH, LLC,

                Plaintiff,

-against-

MARC S. KIRSCHNER,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020

1:20-cv-09020 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court has received a letter from the Parties regarding next steps in this case [ECF No. 11] and requesting a conference regarding discovery.

      IT IS HEREBY ORDERED that the Court adopts the schedule suggested by the Parties in their letter.  On or before November 24, 2020, Defendant will re-file its complaint originally filed in 20-cv-9028 with the claims therein styled as Counterclaims.  On or before December 14, 2020, the Parties must answer the claims asserted against them.  These deadlines will not be extended.

      IT IS FURTHER ORDERED that the Parties must appear for a Status Conference on December 18, 2020 at 12:00PM.  The conference will be held telephonically.  To join the conference, dial 888-278-0296 and enter access code 5195844.  In advance of the conference, and no later than 5:00PM on December 15, 2020, the Parties each must file letters, no longer than three pages, regarding the appropriate scope of discovery in this action.

SO ORDERED

Dated: November 23, 2020
      New York, New York

                                        _____
                                        MARY KAY VYSKOCIL
                                        United States District Judge