UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILLENIUM HEALTH, LLC,

                         Plaintiff,                      20 **CIVIL** 9020 (MKV)

      -against-                         **JUDGMENT**

MARC S. KIRSCHNER, solely in his capacity as
TRUSTEE of THE MILLENNIUM CORPORATION
CLAIM TRUST and THE MILLENNIUM LENDER
CLAIM TRUST,

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated September 20, 2021, Kirschner's Motion for Judgment on the Pleadings [ECF No. 20] is GRANTED, and Millennium's Motion for Judgment on the Pleadings [ECF No. 21] is DENIED.

**Dated:** New York, New York
         September 20, 2021

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                  **BY:**

                                                              **Deputy Clerk**